1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   1:10-CV-01356-AWI-SKO
                                       )
12              Plaintiff,             )   **APPLICATION AND ORDER FOR**
                                       )   **PUBLICATION**
13       v.                            )
                                       )
14                                     )
                                       )
15  APPROXIMATELY $14,180.33 IN U.S.   )
    CURRENCY SEIZED FROM WELLS         )
16  FARGO BANK ACCOUNT NO.             )
    586583378, HELD IN THE NAME OF     )
17  YONG TAE KIM, and                  )
                                       )
18  APPROXIMATELY $5,945.59 IN U.S.    )
    CURRENCY SEIZED FROM WELLS         )
19  FARGO BANK ACCOUNT NO.             )
    2628728095, HELD IN THE NAME OF    )
20  YONG TAE KIM,                      )
                Defendants.            )
21  _____   )

22       The United States of America, Plaintiff herein, applies for an order of publication as

23  follows:

24       1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

25  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

26  notice of the action to be given in a newspaper of general circulation or on the official internet

27  government forfeiture site;

28  ///

                          1          APPLICATION AND ORDER FOR PUBLICATION

1    2.      Local Rule 171, Eastern District of California, provides that the Court shall

2  designate by order the appropriate newspaper or other vehicle for publication;

3    3.      The defendants approximately $14,180.33 in U.S. Currency seized from Wells

4  Fargo Bank Account No. 586583378, held in the name of Yong Tae Kim and approximately

5  $5,945.59 in U.S. Currency seized from Wells Fargo Bank Account No. 2628728095, held in the

6  name of Yong Tae Kim (hereafter "defendant funds") were seized in the city of Fresno, Fresno

7  County, California, and are in the custody of the U.S. Marshals Service, Eastern District of

8  California.  The Drug Enforcement Administration published notice of the nonjudicial forfeiture

9  of the defendant funds on April 26, May 3, 10, and 17, 2010, in the *Wall Street Journal*.

10    4.      Plaintiff proposes that publication be made as follows:

11        a.      One publication;

12        b.      Thirty (30) consecutive days;

13        c.      On the official internet government forfeiture site www.forfeiture.gov;

14        d.      The publication is to include the following:

15            (1)      The Court and case number of the action;

16            (2)      The date of the seizure/posting;

17            (3)      The identity and/or description of the property seized/posted;

18            (4)      The name and address of the attorney for the Plaintiff;

19            (5)      A statement that claims of persons entitled to possession or

20  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served

21  on the attorney for the Plaintiff no later than 60 days after the first day of publication on the

22  official internet government forfeiture site; and

23            (6)      A statement that answers to the Complaint or a motion under Rule

24  12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21

25  days after the filing of the claims and, in the absence thereof, default may be entered and

26  ///

27  ///

28  ///

1   condemnation ordered.

2   Dated: August 4, 2010                                BENJAMIN B. WAGNER
                                                         United States Attorney
3
                                                          /s/ Deanna L. Martinez
4                                                        DEANNA L. MARTINEZ
                                                         Assistant United States Attorney
5

6
                                    IT IS SO ORDERED.
7
    **Dated:     August 5, 2010**                         **/s/ Sheila K. Oberto**
8                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER FOR PUBLICATION