BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
KELLI L. TAYLOR
Assistant U.S. Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01356-AWI-SKO |
| Plaintiff, | **STIPULATION AND ORDER STAYING ACTION** |
| v. | |
| APPROXIMATELY $14,180.33 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 586583378, HELD IN THE NAME OF YOUNG TAE KIM, and | |
| APPROXIMATELY $5,945.59 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 2628728095, HELD IN THE NAME OF YOUNG TAE KIM, | |
| Defendant. | |

It is hereby stipulated by and between plaintiff United States of America and Claimant Yong Tae Kim, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1. Claimant Yong Tae Kim is presently facing federal criminal charges in the Eastern District of California, *United States v. Gregorio Olmos,Sr., et al.,* Case No. 1:10-CR-00080-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Yong Tae Kim's right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Yong Tae Kim, has filed a claim or answer, or otherwise appeared in this action, and the time for which any other persons or entities to file a claim or answer has expired.

THEREFORE, the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending the conclusion of the federal criminal action presently pending against Yong Tae Kim in the Eastern District of California.

IT IS SO STIPULATED.

Date: 11/3/10                                    BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Kelli L. Taylor
                                                 KELLI L. TAYLOR
                                                 Assistant United States Attorney


Date: 11/8/10                                    /s/ Yong Tae Kim
                                                 YONG TAE KIM
                                                 Pro Se Claimant

                                                 (original signature retained by attorney)

IT IS SO ORDERED.

**Dated:   November 16, 2010**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE